IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES WINNINGHAM,

    Plaintiff,

v.

DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS, DOLGENCORP
OF NEW YORK, INC., and DOLGENCORP
OF TEXAS, INC.,

    Defendants.                                                      Case No. 10-cv-322-DRH

## ORDER

**HERNDON, Chief Judge:**

        This matter comes before the Court for case management purposes, in particular to remind Defendants of their obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing their corporate disclosure statements "with [their] first appearance, pleading, petition, motion, response, or other request addressed to the court."  Said disclosure shall be filed by **May 20, 2010**.  Defendants are also reminded of their ongoing obligation to supplement said disclosure if any of the information required by Rule 7.1(a) changes.

        **IT IS SO ORDERED.**

        Signed this 12th day of May, 2010.

                                                    /s/ David R. Herndon

                                                  **Chief Judge**
                                                  **United States District Court**