IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**CHARLES WININGHAM,**

      **Plaintiff,**

                    No. 3:10-cv-00322-DRH-PMF

**v.**

**DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS,
DOLGENCORP OF NEW YORK, INC.,
and DOLGENCORP OF TEXAS, INC.,**
      **Defendants.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 3, 2011, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT

                    BY:    /s/*Sandy Pannier*
                              **Deputy Clerk**

Dated: November 4, 2011

Digitally signed by David R. Herndon
Date: 2011.11.04 10:31:43 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT